**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

————————————

**No. 98-6137**

————————————

WENDELL L. WATKINS, SR.,

Petitioner - Appellant,

versus

THOMAS R. CORCORAN, Warden; ATTORNEY GENERAL
OF THE STATE OF MARYLAND,

Respondents - Appellees.

————————————

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  Alexander Harvey II, Senior District
Judge.  (CA-97-2279-H)

————————————

Submitted:  March 26, 1998          Decided:  April 9, 1998

————————————

Before WIDENER and MOTZ, Circuit Judges, and BUTZNER, Senior
Circuit Judge.

————————————

Dismissed by unpublished per curiam opinion.

————————————

Wendell L. Watkins, Sr., Appellant Pro Se.  John Joseph Curran,
Jr., Attorney General, Annabelle Louise Lisic, OFFICE OF THE
ATTORNEY GENERAL OF MARYLAND, Baltimore, Maryland, for Appellees.

————————————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant seeks to appeal two district court orders, the first denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 1997), and the second denying his motion for "newly discovered evidence" and for an evidentiary hearing. We have reviewed the record and the district court's opinions and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. Watkins v. Corcoran, No. CA-97-2279-H (D. Md. Jan. 8 & 20, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED